UMAR A. SHEIKH, ESQ. (US 5497)
SHEIKH PC
386 Park Avenue South, Suite 1914
New York, NY 10016
(212) 683-1350

*Attorneys for Plaintiff*
*Tracer Imaging, LLC*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACER IMAGING, LLC, and STEVEN SPIRO,<br><br>                                                Plaintiffs,<br><br>-against-<br><br>INTERNATIONAL PATTERNS, INC., and PAUL KAPLAN,<br><br>                                                Defendants. | Civil Action No.: _____/2008<br><br><br><br>**STATEMENT PURSUANT TO RULE 7.1** |

Plaintiff, TRACER IMAGING, LLC, states: (i) that it is a non-governmental entity; (ii) that it has no parent corporation; and (iii) that there is no publicly traded company that owns more than a ten (10%) percent interest in the Plaintiff.

DATED:     July 9, 2008
               New York, NY

                                        SHEIKH PC

                                        _____
                                        Umar A. Sheikh, Esq. (US 5497)

                                        *Attorneys for Plaintiffs*
                                        *Tracer Imaging, LLC and Steven Spiro*

                                        386 Park Avenue South
                                        Suite 1914
                                        New York, NY 10016
                                        (212) 683-1350