UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: UMAR A. SHEIKH, ESQ. - 1804

---

TRACER IMAGING, LLC AND STEVEN SPIRO

Plaintiff(s)

- against -

INTERNATIONAL PATTERNS, INC. AND PAUL KAPLAN

Defendant(s)

Index #: 08 CIV 6246

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 1020-103

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 29, 2008 at 02:54 PM at

50 INEZ DRIVE
BAYSHORE, NY11706

deponent served the within true copy of the SUMMONS & COMPLAINT,STATEMENT PURSUANT TO RULE 7.1, JUDGE CROTTY'S RUILES, AND JUDGE FREEMAN'S RULES, ECF RULES AND INSTRUCTIONS on INTERNATIONAL PATTERNS, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to JANE SMITH, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,STATEMENT PURSUANT TO RULE 7.1, JUDGE CROTTY'S RUILES, AND JUDGE FREEMAN'S RULES, ECF RULES AND INSTRUCTIONS as said  defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 165 |
| GLASSES | | | | | |

July 29, 2008 at 02:54 PM John Smith, true name unknown said name fictitious, said name intended being the managing (or general) agent of defendant/respondent INTERNATIONAL PATTERNS, INC. described as above and refusing to give name at time of service.

Sworn to me on: July 30, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRUCE KUSTKA**

Docket #: 575473